FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

NOV 19 2014

DAVID J. MALAND, CLERK
BY
DEPUTY_____

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | NO. 6:14CR 66 |
| | § | Judge LED/JDL |
| JEFFREY SCOTT WEBB (01) | § | |
| JAMES ADAM WRIGHT (02) | § | **SEALED** |
| MELINDA LEE LAKINS (03) | § | |

# INDICTMENT

THE UNITED STATES GRAND JURY CHARGES THAT:

## COUNT 1

Violation: 21 U.S.C. § 846 (Conspiracy to possess with intent to distribute methamphetamine)

Beginning on a date unknown to the Grand Jury and continuing up to and through May 13, 2014, in the Eastern District of Texas and elsewhere, **Jeffrey Scott Webb, James Adam Wright** and **Melinda Lee Lakins**, the defendants charged herein, did knowingly and intentionally combine, conspire, confederate, and agree with others known and unknown to the Grand Jury, to violate the laws of the United States, to-wit, Title 21, United States Code, Section 841(a)(1), prohibiting the knowing and intentional possession with intent to distribute more than 50 grams of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance,

All in violation of 21 U.S.C. § 846.

## COUNT 2

<u>Violation</u>: 21 U.S.C. § 841(a)(1) (Possession with intent to distribute methamphetamine)

On or about May 13, 2014, in the Eastern District of Texas, **Jeffrey Scott Webb, James Adam Wright** and **Melinda Lee Lakins**, the defendants herein, did knowingly and intentionally possess with intent to distribute more than 50 grams of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance,

All in violation of 21 U.S.C. § 841(a)(1).

## NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE
### Pursuant to 21 U.S.C. § 853 and 28 U.S.C. § 2461

As the result of committing one or more of the foregoing offenses alleged in this indictment, defendant herein, shall forfeit to the United States:

1. any property constituting, or derived from, and proceeds the defendant obtained, directly or indirectly, as the result of such violation(s); and

2. any of the defendants property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation(s), including, but not limited to the following:

**Cash Proceeds**
$5,000 in United States currency and all interest and proceeds traceable thereto, in that such sum in aggregate is property constituting, or derived from, proceeds obtained directly or indirectly as the result of the foregoing offenses alleged in this indictment.

By virtue of the commission of the offenses alleged in this indictment, any and all interest the defendant has in the above-described property is vested in the United States

and hereby forfeited to the United States pursuant to 21 U.S.C. § 853 and 28 U.S.C. § 2461.

A TRUE BILL,

_11-19-2014_
DATE

_BK_
FOREPERSON OF THE GRAND JURY

JOHN M. BALES
UNITED STATES ATTORNEY

_Bill Baldwin_
BILL BALDWIN
Assistant United States Attorney

Indictment – Page 3

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| V. | § § | NO. 6:14CR_____ |
| | § | Judge _____ |
| JEFFREY SCOTT WEBB (01) | § | |
| JAMES ADAM WRIGHT (02) | § | |
| MELINDA LEE LAKINS (03) | § | |

## NOTICE OF PENALTY

### COUNT 1

Violation: 21 U.S.C. § 846

Penalty: If more than 50 grams of a mixture or substance of methamphetamine - not less than 5 years nor more than 40 years in prison, a fine not to exceed $5,000,000, or both, and supervised release of at least 4 years.

Special Assessment: $100.00

### COUNT 2

Violation: 21 U.S.C. § 841(a)(1)

Penalty: If more than 50 grams of a mixture or substance of methamphetamine - not less than 5 years nor more than 40 years in prison, a fine not to exceed $5,000,000, or both, and supervised release of at least 4 years.

Special Assessment: $100.00

Indictment - Page 4